

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2022

No. 04-22-00170-CV

Debra **LISKA**, Individually and in Her Capacity as the Executrix of the Estate of Eugene J. Dworaczyk, Deceased; Mark A. Williamson; and Stephen J. Williamson, Appellants

v.

Patricia **DWORACZYK**; Anthony L. Dworaczyk, Jr.; Kellie Ann Dworaczyk; Patrick Dworaczyk; Jaqueline Leavy; Kayla Jendrusch; and Edward Jendrusch, III, Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 20-09-00165CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

The reporter's record in this appeal originally was due on April 18, 2022. Ms. Julie Verastegui is the court reporter responsible for filing the record. On April 22, 2022, Ms. Cynthia D. Spicer-Lewis, the official court reporter for Atascosa County Court at Law, filed on Ms. Verastegui's behalf a notification of late record in which she stated the reason Ms. Verastegui could not timely file the record and she anticipated the record to be completed by May 19, 2022.

We ORDER Ms. Verastegui to file the reporter's record **no later than May 19, 2022.** If Ms. Verastegui finds herself unable to perform all her duties and complete this record in a timely manner, she must take whatever steps are necessary, including, but not limited to, requesting a substitute reporter or hiring competent assistance, in order to file the record by the date ordered.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court